# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** ___0:26-cv-03419___

**Case Title:** Adoptee Rights Law Center PLLC v. USCIS

### Affidavit of Movant

I, Gregory D. Luce, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Emily Burns, an attorney admitted to practice and currently in good standing in the U.S. District Court for the District of Maine, but not admitted to the bar of this court, who will be counsel for the __X plaintiff __defendant Adoptee Rights Law Center PLLC  in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court.  I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: __/s Gregory D Luce_____    Date: July 27, 2026

Gregory D. Luce
MN Attorney License # 0239628
Attorney for Plaintiff
Adoptee Rights Law Center PLLC
4629 1st Avenue S
Minneapolis, MN 55419
Telephone: (612) 221-3947
greg@adopteerightslaw.com

**Affidavit of Proposed Admittee**

I, Emily Burns, am currently a member in good standing of the U.S. District Court for the District of Maine, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d).  I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:/s/Emily Burns      Date: 07/14/26

Typed Name: Emily Burns

Attorney License Number: 011497 issued by the State of Maine

Federal Bar Number (if you have one): n/a

Law Firm Name:  The Melo Law Firm, PLLC

Law Firm Address: 2920 Forestville Road STE 100 PMB 1192
            Raleigh, NC 27616

Main phone and Direct line: (518) 423-8227
E-mail address: emily@themelolawfirm.com

2