**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADOPTEE RIGHTS LAW CENTER PLLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 26-cv-03419 |

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following on the respective dates (electronic tracking receipt attached):

| | |
|---|---|
| USCIS Office of Chief Counsel<br>5900 Capital Gateway Dr Stop 2122<br>Camp Springs, MD 20588-0009 | 08/5/2026 |
| US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | 08/06/2026 |
| US Attorneys' Office<br>US Courthouse District of Minnesota<br>300 4th St, STE 600<br>Minneapolis, MN 55415-2200 | 08/06/2026 |

Dated: August 7, 2026

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616

Tel: (919) 348-9213
dan@themelolawfirm.com
*Counsel for Plaintiff*