# Electronic Delivery Confirmation™

USPS CERTIFIED MAIL™

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Jul 31 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

endicia

063S0010937439

USPS CERTIFIED MAIL

9402 8118 9876 5595 5668 31

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Luce |
| USPS # | 9402811898765595566831 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 4:28 am on August 6, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, August 6, 2026, 4:28 am<br>Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, August 5, 2026, 10:46 am<br>Arrived at Post Office, WASHINGTON, DC 20018, August 5, 2026, 9:52 am<br>Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, August 5, 2026, 8:05 am<br>Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, August 5, 2026, 6:55 am<br>Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, August 5, 2026, 5:14 am<br>Departed Post Office, RALEIGH, NC 27616, July 31, 2026, 5:09 pm<br>USPS in possession of item, RALEIGH, NC 27616, July 31, 2026, 1:33 pm<br>Shipping Label Created, RALEIGH, NC 27616, July 31, 2026, 11:55 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 08/07/2026 (UTC)**