# Electronic Delivery Confirmation™

## USPS CERTIFIED MAIL™

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Jul 31 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 5
11923275
Commercial

endicia
063S0010937446

USPS CERTIFIED MAIL

9402 8118 9876 5595 5661 76

U.S. Attorneys Office
U.S. Courthouse District of Minnesota
300 S 4TH ST STE 600
MINNEAPOLIS MN 55415-2200

| | |
|---|---|
| Reference | Luce |
| USPS # | 9402811898765595566176 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:22 am on August 6, 2026 in MINNEAPOLIS, MN 55415. |
| USPS History | Delivered, Front Desk/Reception/Mail Room, MINNEAPOLIS, MN 55415, August 6, 2026, 10:22 am<br>Out for Delivery, MINNEAPOLIS, MN 55415, August 6, 2026, 6:10 am<br>Arrived at Post Office, MINNEAPOLIS, MN 55401, August 6, 2026, 3:55 am<br>Arrived at USPS Facility, MINNEAPOLIS MN DISTRIBUTION CENTER, August 6, 2026, 2:58 am<br>Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, August 1, 2026, 1:00 pm<br>Departed Post Office, RALEIGH, NC 27616, July 31, 2026, 5:09 pm<br>USPS in possession of item, RALEIGH, NC 27616, July 31, 2026, 1:33 pm<br>Shipping Label Created, RALEIGH, NC 27616, July 31, 2026, 11:58 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 08/07/2026 (UTC)**