# Electronic Delivery Confirmation™

## USPS CERTIFIED MAIL™

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Jul 31 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

endicia
063S0010937439

USPS CERTIFIED MAIL

9402 8118 9876 5595 5662 37

US Citizenship and Immigration Services
Office of Chief Counsel
5900 CAPITAL GATEWAY DR STOP 2122
CAMP SPRINGS MD 20588-0009

| | |
|---|---|
| Reference | Luce |
| USPS # | 9402811898765595566237 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 9:53 am on August 5, 2026 in WASHINGTON, DC 20529. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20529, August 5, 2026, 9:53 am<br>Arrived at Post Office, WASHINGTON, DC 20018, August 5, 2026, 7:43 am<br>Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, August 5, 2026, 6:55 am<br>Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, August 5, 2026, 3:16 am<br>Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, August 1, 2026, 1:00 pm<br>Departed Post Office, RALEIGH, NC 27616, July 31, 2026, 5:09 pm<br>USPS in possession of item, RALEIGH, NC 27616, July 31, 2026, 1:33 pm<br>Shipping Label Created, RALEIGH, NC 27616, July 31, 2026, 11:54 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 08/07/2026 (UTC)**