# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Adoptee Rights Law Center PLLC

Plaintiff(s),

v.

U.S. Citizenship and Immigration Services,

Defendant(s).

Case Number:
26-cv-3419 LMP/SGE

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Adoptee Rights Law Center PLLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Adoptee Rights Law Center PLLC have a parent corporation and/or wholly owned subsidiary?

   No

   If yes, the parent corporation and/or wholly owned subsidiary is/are:
   N/A

2. Is 10% or more of the stock of Adoptee Rights Law Center PLLC owned by a publicly held corporation?

   No

   If yes, identify all such owners:
   N/A

Date: 09/01/26

s/ Emily Burns
Attorney Name: Emily Burns*
*admitted pro hac vice
Bar ID: ME Bar # 011497
Law Firm: The Melo Law Firm
Address: 2920 Forestville Road PMB 1192
Raleigh, NC 27616
Phone # 518-423-8227
Email: emily@themelolawfirm.com
Attorney for Plaintiff