UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-03419-LMP-SGE

Adoptee Rights Law Center PLLC,

Plaintiff,

v.

U.S. Citizenship and Immigration Services,

Defendant.

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

The Defendant, with the consent of counsel for Plaintiff, moves for a 30-day extension of the Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint (ECF 1). The current deadline is September 7, 2026, and the 30-day extension would result in a new deadline of October 7, 2026.

The undersigned communicated with Petitioner's counsel via email and videoconference on or about September 2, 2026 regarding the proposed 30-day extension and received their consent. The parties agree that USCIS will begin processing one A-file FOIA request per week as listed in the Complaint, with USCIS estimating that it will issue the first production by September 15, 2026. USCIS will continue to process one A-file FOIA request per week and estimates that it can produce one such response per week, notwithstanding any delays outside of USCIS's control. Defendant will keep counsel and the Court apprised and present additional case-scheduling proposals as appropriate.

Defendant therefore requests that the Court enter the proposed order filed contemporaneously with this motion, extending Defendant's response deadline from

September 7, 2026, by 30 days, up to and including October 7, 2026. This motion is not being submitted for purposes of delay. A proposed order accompanies this motion.

Dated: September 4, 2026

DANIEL N. ROSEN

United States Attorney

*/s/ David W. Fuller*

BY: DAVID W. FULLER
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
David.fuller@usdoj.gov

Attorneys for Defendant