UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-03419-LMP-SGE

Adoptee Rights Law Center PLLC,

Plaintiff,

v.

U.S. Citizenship and Immigration Services,

Defendant.

**PROPOSED ORDER**

The above matter came before the Court on the Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The Court finds that good cause has been shown, and therefore,

IT IS HEREBY ORDERED that Defendant's Motion is granted and the Defendant shall have until October 7, 2026, to file an answer or otherwise respond to the Complaint.

Dated:

________________________________
SHANNON G. ELKINS
United States Magistrate Judge