**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Adoptee Rights Law Center PLLC,

Plaintiff,

v.

U.S. Citizenship and Immigration Services,

Defendant.

Case No. 26-cv-3419 (LMP/SGE)

**ORDER SETTING PRETRIAL CONFERENCE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a **Zoom Audio** pretrial conference will be held on **November 6, 2026 at 2:00 p.m.**, before United States Magistrate Judge Shannon Elkins. The Court will circulate Zoom instructions a few days before the conference.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel must meet via telephone, video conference, or in person before the scheduled pretrial conference to discuss settlement and the matters required by Fed. R. Civ. P. 26(f), and must jointly prepare and file a complete written Report of the Rule 26(f) meeting at least one week prior to the pretrial conference. NOTE: The Report must be submitted in the attached format.

Counsel and pro se litigants are expected to review and familiarize themselves, before the Rule 26(f) conference, with the Federal Rules of Civil Procedure and the Local Rules for the District of Minnesota ("Local Rules"). A copy of the Local Rules can be found on the Court's website at *http://www.mnd.uscourts.gov/local_rules/index.shtml*.

In addition, each party must email to chambers at least one week before the pretrial conference a confidential settlement letter addressing what settlement discussions have taken place, including specific demands and specific counter offers. The letter must address whether the party believes the case is appropriate for a private mediation or a settlement conference before the Court and when the party believes the private mediation or settlement conference would be productive. If a party believes setting status conferences or deadlines for joint email updates regarding settlement would facilitate settlement, they should say so in their letter and provide proposed timing. The letter must also address what discovery is needed for a productive private mediation or settlement conference.

If any party does not have counsel of record listed in this case, Plaintiff's counsel bears the responsibility to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

Failure of any party or counsel to comply with any part of this Notice may result in the postponement of the pretrial conference, the imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

Lead trial counsel should make every effort to participate in the pretrial conference. If this is not possible, substitute counsel who can knowledgeably discuss the dispute, the matters set forth in Fed. R. Civ. P. 16(c), the Rule 26(f) Report, and the status of settlement discussions should participate. Counsel should contact **Elkins_Chambers@mnd.uscourts.gov**, copying all counsel of record, with respect to any matters concerning the pretrial conference.

Dated: October 8, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge

Attachments